# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER ANDRADE**, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FARMERS UNION HOSPITAL ASSOCIATION D/B/A GREAT PLAINS REGIONAL MEDICAL CENTER,**<br><br>Defendant. | Case No. 5:24-CV-01337-J<br><br>Hon. Judge Bernard Jones |
| **MADISON BALDWIN**, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FARMERS UNION HOSPITAL ASSOCIATION D/B/A GREAT PLAINS REGIONAL MEDICAL CENTER,**<br><br>Defendant. | Case No. 5:24-cv-01338<br><br>Hon. Judge Charles Goodwin |
| **CHRISTOPHER EVANS,** on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>**v.**<br><br>**FARMERS UNION HOSPITAL ASSOCIATION D/B/A GREAT PLAINS REGIONAL MEDICAL CENTER,**<br><br>Defendant. | Case No. 5:24-cv-01339<br><br>Hon. Judge Charles Goodwin |

| | |
|---|---|
| **JENNIFER MCATEE,** on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FARMERS UNION HOSPITAL ASSOCIATION D/B/A GREAT PLAINS REGIONAL MEDICAL CENTER,**<br><br>Defendant. | Case No. 5:24-cv-01340-J<br><br>Hon. Judge Bernard M. Jones |
| **ROBERT MCBRAYER,** on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FARMERS UNION HOSPITAL ASSOCIATION D/B/A GREAT PLAINS REGIONAL MEDICAL CENTER,**<br><br>Defendant. | Case No. 5:24-cv-01341<br><br>Hon. Judge Joe Heaton |
| **BRIAN SKINNER,** on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FARMERS UNION HOSPITAL ASSOCIATION D/B/A GREAT PLAINS REGIONAL MEDICAL CENTER,**<br><br>Defendant. | Case No. 5:24-cv-01342<br><br>Hon. Judge Bernard M. Jones |

| | |
|---|---|
| **JAKE VANSPYKER,** on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FARMERS UNION HOSPITAL ASSOCIATION D/B/A GREAT PLAINS REGIONAL MEDICAL CENTER,**<br><br>Defendant. | Case No. 5:24-cv-01343<br><br>Hon. Judge Bernard M. Jones |

## PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS

Plaintiffs Christopher Andrade, Madison Baldwin, Christopher Evans, Jennifer McAtee, Robert McBrayer, Brian Skinner, and Jake Vanspyker (collectively, "Plaintiffs"), on behalf of themselves and on behalf of all others similarly situated (the "Class" or "Class Members"), respectfully move pursuant to Federal Rule of Civil Procedure 42(a) for an order consolidating the above-captioned matters (collectively, the "Related Actions"), and all other actions (now and in the future) naming Farmers Union Hospital d/b/a Great Plains Regional Medical Center ("GPRMC" or "Defendant") as a defendant that arise from the data breach GPRMC experienced on or around September 5, 2024 through September 8, 2024 (the "Data Breach").

This Motion is based on the accompanying Memorandum of Law, the exhibits attached thereto, any argument presented to the Court, and all matters of which the Court may take judicial notice. Defendant does not oppose the relief sought.

3

Date: January 6, 2025

Respectfully Submitted,

*/s/: Kennedy M. Brian*
William B. Federman, OBA # 2853
Kennedy M. Brian, OBA # 34617
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

*Proposed Interim Co-Lead Class Counsel*

Leigh S. Montgomery*
Texas Bar No. 24052214
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
E: lmontgomery@eksm.com

Jeffrey Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301
954-525-4100
Fax: 954-525-4300
Email: ostrow@kolawyers.com

Eduard Korsinsky*
Mark Svensson*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor

New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: ek@zlk.com
Email: msvensson@zlk.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Michael D. Denton, Jr.
**DENTON LAW FIRM PC**
925 West State Highway 152
Mustang, OK 73064
405-376-2212
Fax: 405-376-2262
Email: michael@dentonlawfirm.com

(* denotes *pro hac vice* forthcoming)

***Counsel for Plaintiffs and the Putative Class***

## CERTIFICATE OF SERVICE

I certify that on January 6, 2025, this motion was filed in the United States District Court for the Western District of Oklahoma, and a true and correct copy of this motion was served via ECF on all counsel of record appearing in this case.

*/s/: Kennedy M. Brian*
