UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE GREAT PLAINS REGIONAL | ) | |
| MEDICAL CENTER DATA BREACH | ) | Case No. CIV-24-1337-J |
| LITIGATION | ) | This Order Relates to All Actions |

## ORDER

Before the Court is the parties' Joint Motion to Stay Case [Doc. No. 13]. Upon review of the motion, the Court GRANTS the Joint Motion to Stay Case and STAYS this case while the parties determine if early resolution is possible.[1] The parties shall file a status report with the Court every sixty (60) days, starting from the date of this Order, that relays the status of their discussions, including whether the stay should be extended. Should the parties reach a settlement or an impasse on settlement discussions, they shall notify the Court within fourteen (14) days.

IT IS SO ORDERED this 14th day of February, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] The Court Clerk is directed to administratively close this case during the stay.