UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE GREAT PLAINS REGIONAL MEDICAL CENTER DATA BREACH LITIGATION | ) ) ) ) Case No. CIV-24-1337-J<br>This Order Relates to All Actions |

**ORDER**

On December 31, 2025, the parties filed their Joint Status Report [Doc. No. 29], advising the Court that they have continued working to formalize their agreement in writing and requesting the Court extend the stay for another forty-five days to finalize the agreement. Upon review of the Joint Status Report, the Court EXTENDS the stay of this case for another forty-five (45) days while the parties finalize the settlement of this matter.

IT IS SO ORDERED this 5th day of January, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE